# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GARZA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NEWS BRODACASTING CENTERS, et al.,<br><br>　　　　Defendants. | **Case No. 1:17-cv-01389-DAD-SKO**<br><br>**ORDER DIRECTING CLERK'S OFFICE TO RE-DESIGNATE ACTION FROM 440 (OTHER CIVIL RIGHTS) TO 550 (CIVIL RIGHTS)** |

Proceeding pro se, Plaintiff Raul Garza filed a civil action on October 16, 2017, along with an application to proceed *in forma pauperis*. (Docs. 1 & 2.) The action appears to more appropriately designated as a section 1983 state prisoner petition, rather than a section 1983 civil action.

Accordingly, the Court HEREBY ORDERS the Clerk of the Court to re-designate this action from 440 (other civil rights) to 550 (prisoner petition for civil rights).

IT IS SO ORDERED.

Dated: __**October 30, 2017**__　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1