# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GARZA,<br><br>    Plaintiff,<br><br>v.<br><br>NEWS BROADCASTING CENTERS, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01389-DAD-SKO (PC)<br><br>**ORDER ON PLAINTIFF'S MOTION FOR CERTIFICATE OF APPEALABILITY**<br><br>**(Doc. 13)** |

    Plaintiff, Raul Garza, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action was dismissed with prejudice on January 31, 2018, based on Plaintiff's failure to state a cognizable claim. 28 U.S.C. § 1915A. Over a year later, on April 25, 2019, Plaintiff filed a motion seeking the issuance of a certificate of appealability. (Doc. 13.) Plaintiff's motion is unnecessary.

    A certificate of appealability must be obtained to appeal a decision in a *habeas* proceeding; it has no application in this civil rights case. 28 U.S.C. § 2253(c)(1)(A); *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003). The Court notes that Plaintiff did not file a notice of appeal in this action, and the time for doing so lapsed in 2018. *See* Fed. R. App. Pro. 4. Accordingly, Plaintiff's motion, (Doc. 13), is hereby **DISREGARDED**.

IT IS SO ORDERED.

Dated:   **April 30, 2019**               /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE